In the Matter of the ELIMINATION OF GRADE CROSSINGS OF THE NEW YORK CENTRAL RAILROAD COMPANY IN THE CITY OF DUN-KIRK. In the Matter of the ELIMINATION OF GRADE CROSSINGS OF THE ERIE RAILROAD COMPANY IN THE CITY OF DUNKIRK. NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION et al., Respondents.

Argued February 28, 1955; decided April 14, 1955.

*Gerald E. Dwyer* for appellant.

*Kent H. Brown* and *Joseph J. Doran* for Public Service Commission, respondent.

*Jacob K. Javits, Attorney-General (Henry S. Manley* and *Edward L. Ryan* of counsel), for Superintendent of Public Works of the State of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of CHRISTOPHER R. TRIMBLE, as Administrator with the Will Annexed of MAE MALONE, Deceased, Respondent, against POLICE COMMISSIONER OF THE CITY OF NEW YORK et al., Appellants.

Argued February 23, 1955; decided April 14, 1955.